United States District Court
Southern District of Texas
**ENTERED**
May 12, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| IDA RODRIGUEZ, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 7:16-CV-00498 |
| § | |
| ALLSTATE TEXAS LLOYDS, § | |
| § | |
| Defendant. § | |

# **ORDER**

The Court now considers Allstate Texas Lloyds' ("Defendant") motion to dismiss for want of prosecution,[1] as well as the upcoming status conference currently scheduled for May 30, 2017.[2] The Court observes that Defendant's motion is technically opposed,[3] and does not become ripe until May 30, 2017,[4] the same day as the currently-scheduled status conference. Because Defendant's dismissal motion is potentially dispositive, and could vitiate the need for the status conference, the Court **CONTINUES** the conference as scheduled to **Tuesday, June 13, 2017 at 9:00 A.M.**

IT IS SO ORDERED.

DONE at McAllen, Texas, this 11th day of May, 2017.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 24.
[2] Dkt. No. 22.
[3] *See* LR 7.2 of the Local Rules of the United States District for the Southern District of Texas (providing that "motions without opposition *must* bear in their caption 'unopposed.'") (emphasis added). Here, there is no such caption, and Plaintiffs have not indicated they are unopposed. Thus, the motion is opposed by default.
[4] *See* LR 7.3 of the Local Rules of the United States District for the Southern District of Texas (providing that motions become ripe twenty-one days after they are filed). Here, the motion was filed on May 9, 2017, and twenty-one days from this date is May 30, 2017.